UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------

| | : | |
|---|---|---|
| 136 Field Point Circle Holding Company, LLC, | : | |
| | : | |
| Plaintiff, | : | 19cv5656 |
| | : | |
| -against- | : | ORDER |
| | : | |
| ALEXANDER RAZINSKI and TANYA RAZINKSI, | : | |
| | : | |
| Defendants. | : | |

------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

    The telephonic conference scheduled for January 21, 2020 at 10:00 a.m. is adjourned to February 7, 2020 at 10:30 a.m. Kenneth A. Votre, Esq. is directed to send this Order to Defendants via U.S. Mail.

Dated: January 17, 2020
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.