UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

136 Field Point Circle Holding Company, LLC,

          Plaintiff,

    -against-

ALEXANDER RAZINSKI and TANYA RAZINKSI,

          Defendants.

---------------------------------

19cv5656

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties are directed to use the following dial-in information for the status conference scheduled for May 8, 2020 at 10:00 a.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: April 30, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.