# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

136 Field Point Circle Holding Company, LLC,

                                  Plaintiff,                    19 **CIVIL** 5656 (WHP)

                              -against-                          **JUDGMENT**

ALEXANDER RAZINSKI and TANYA
RAZINSKI,

                                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 6, 2021, 136 Field Point Circle Holding's motion for summary judgment is granted; judgment is entered in favor of the Plaintiff for the amount of $1,000,000; accordingly, the case is closed.

**Dated:** New York, New York
          May 6, 2021

                                                            **RUBY J. KRAJICK**
                                                                 Clerk of Court
                                      **BY:**
                                                                   Deputy Clerk