UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

136 Field Point Circle Holding Company, LLC,

    *Plaintiff*,

-against-

ALEXANDER RAZINSKI and TANYA RAZINSKI,

    *Defendants*.

------------------------------------------------------------

19cv5656

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

    On May 20, 2021, Plaintiff 136 Field Point Circle Holding Company, LLC, moved for attorneys' fees pursuant to Federal Rule of Civil Procedure § 54(d)(2). (See ECF No. 59.) Defendants Alexander and Tanya Razinski are directed to file any opposition by June 21, 2021. 136 Field Point Circle Holding may file any reply by July 6, 2021.

Dated: May 26, 2021
    New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.