UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
136 FIELD POINT CIRCLE HOLDING :
COMPANY LLC, :
 :
                 Plaintiff, : No. 19 Civ. 5656 (JFK)
 :
   -against- : **ORDER**
 :
ALEXANDER RAZINSKI and TANYA :
RAZINSKI, :
 :
                Defendants. :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    On May 20, 2021, Plaintiff 136 Field Point Circle Holding Company LLC ("136 FPC") filed a motion for attorneys' fees pursuant to Federal Rule of Civil Procedure § 54(d)(2).[1] (ECF Nos. 59, 60.) In that motion, 136 FPC requested attorneys' fees in the amount of $100,406.89. (ECF No. 60.) In their response to 136 FPC's request, pro se Defendants, Alexander Razinski and Tanya Razinski ("the Razinskis"), filed a Memorandum of Law in Opposition and specifically objected to $43,580.73 of the requested fees. (ECF Nos. 62, 63, 64.) Shortly thereafter, on July 6, 2021, 136 FPC voluntarily reduced its fee request from $100,406.89 to $56,826.16. (ECF Nos. 65, 66.)

---

[1] On October 11, 2021, this case was reassigned from Judge Pauley to this Court following Judge Pauley's death. (See Notice of Case Reassignment, dated Oct. 11, 2021.)

1

When considering a motion for attorneys' fees, courts in this Circuit must first calculate the "presumptively reasonable fee." <u>Arbor Hill Concerned Citizens Neighborhood Ass'n v. Cty. of Albany</u>, 522 F.3d 182, 189-90 (2d Cir. 2008). This amount is determined by multiplying a reasonable hourly billing rate by the reasonable number of hours expended in the case. See <u>Millea v. Metro-North R.R. Co.</u>, 658 F.3d 154, 166 (2d Cir. 2011). To assist the Court in its consideration of 136 FPC's new fee request, 136 FPC is directed to provide additional documentation that identifies, for each attorney, the specific fees that make up the $56,826.16 request. In particular, 136 FPC shall provide contemporaneous time records that identify the billable hours for which 136 FPC currently seeks reimbursement. This additional material shall be submitted no later than November 19, 2021.

**SO ORDERED.**

Dated: New York, New York
       November 10, 2021

*/s/ John F. Keenan*
John F. Keenan
United States District Judge